Heinrich v Serens (2023 NY Slip Op 03087)

Heinrich v Serens

2023 NY Slip Op 03087

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

21 CA 22-00912

[*1]KENNETH HEINRICH, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF DAVID ALAN HEINRICH, DECEASED, PLAINTIFF-RESPONDENT,
v
KELLEY A. SERENS, NP, ET AL., DEFENDANTS, AND VIVIAN CHAN, M.D., DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

LETITIA JAMES, ATTORNEY GENERAL, ALBANY (DUSTIN J. BROCKNER OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SIDNEY P. COMINSKY, LLC, SYRACUSE (SIDNEY P. COMINSKY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered March 9, 2022. The order, inter alia, granted the motion of plaintiff seeking leave to reargue and, upon reargument, denied the motion of defendant Vivian Chan, M.D., among others, insofar as it sought summary judgment dismissing the amended complaint against Chan. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Heinrich v Serens ([appeal No. 1] — AD3d — [June 9, 2023] [4th Dept 2023]).
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court